UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY WU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIFFANY AND COMPANY,<br><br>　　　　Defendant. | Case No. 15-cv-05287 NC<br><br>**ORDER REQUIRING PLAINTIFF TO APPEAR AT CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

In this employment action, the Court held a case management conference on Wednesday, January 13, 2016. Plaintiff Wu's attorney was not available when called multiple times by the deputy clerk of the Court although he requested to appear by phone. Dkt. No. 9. A further case management conference is set for January 27, 2016, with a case management statement due by January 20, 2016. Plaintiff's counsel is required to attend the upcoming case management conference.

　　　　**IT IS SO ORDERED.**

Dated: January 14, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-05287 NC